**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDY and SUSAN NAVA,<br><br>          Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>          Defendants. | 3:16-cv-0082-LRH-VPC<br><br>**MINUTES OF THE COURT**<br><br><br>May 11, 2016 |

PRESENT:    <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      <u>     LISA MANN     </u>      REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                    </u>

**MINUTE ORDER IN CHAMBERS:**

     Defendant Wells Fargo Bank, N.A. filed a motion to stay (#9) discovery pending resolution of the motion to dismiss. No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to a motion shall constitute a consent to the granting of the motion. Therefore,

     **IT IS ORDERED** that defendant's motion to stay (#9) is **GRANTED**.

     **IT IS SO ORDERED.**

                                 LANCE S. WILSON, CLERK

                                 By:      <u>          /s/          </u>
                                        Deputy Clerk